JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

## Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**  **Category No.** II  **Investigating Agency** FBI

**City** Boston  **Related Case Information:**

**County** Suffolk  Superseding Ind./ Inf. _____ Case No. _____
Same Defendant _____ New Defendant **X**
Magistrate Judge Case Number _____
Search Warrant Case Number 19-5215-JGD, 19-5216-JGD
R 20/R 40 from District of _____

### Defendant Information:

**Defendant Name** Yanqing Ye  **Juvenile:** ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

**Alias Name** _____

**Address** (City & State) Hunan, China

**Birth date (Yr only):** 1990  **SSN (last4#):** _____  **Sex** F  **Race:** Asian  **Nationality:** Chinese

**Defense Counsel if known:** _____  **Address** _____

**Bar Number** _____

### U.S. Attorney Information:

**AUSA** B. Stephanie Siegmann  **Bar Number if applicable** _____

**Interpreter:** ☑ Yes ☐ No  **List language and/or dialect:** Chinese/Mandarin

**Victims:** ☐ Yes ☑ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2)  ☐ Yes ☑ No

**Matter to be SEALED:** ☐ Yes ☑ No

☑ Warrant Requested  ☐ Regular Process  ☐ In Custody

### Location Status:

**Arrest Date** _____

☐ Already in Federal Custody as of _____ in _____.
☐ Already in State Custody at _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:**  ☐ Complaint  ☐ Information  ☑ Indictment

**Total # of Counts:**  ☐ Petty  ☐ Misdemeanor  ☑ Felony  4

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 1/28/2020  **Signature of AUSA:** _[signature]_

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**  (To be filled in by deputy clerk): _____

**Name of Defendant**    Yanqing Ye

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 1546 | Visa Fraud | 1 |
| Set 2 | 18 U.S.C. § 1001(a)(2) | Making Materially False Statements | 2 |
| Set 3 | 18 U.S.C. § 951 | Acting as a Agent of a Foreign Government | 3 |
| Set 4 | 18 U.S.C. § 1001(a)(2) | Conspiracy | 4 |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**   SW nos. 19-mj-04554, 19-mj-04556, 19-mj-04557, 19-mj-04558-DHH